THE NEW YORK NATIONAL EXCHANGE BANK, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued February 7, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city and county of New York, entered upon an order dated January 4, 1886, which affirmed a judgment in favor of plaintiff entered upon a decision of the court at Special Term.

*Edward S. Rapallo* for appellants.

*G. Willett Van Nest* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.